UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
STRIKE 3 HOLDINGS, LLC,

                          Plaintiff,

          -against-

JOHN DOE subscriber assigned IP address
98.113.169.216,

                          Defendant.

ANALISA TORRES, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/16/2021__

21 Civ. 5899 (AT)

**ORDER**

        To protect the public health, while promoting the "just, speedy, and inexpensive determination
of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and
30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via
telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule
30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or
designated under Rule 28" if such officer attends the deposition using the same remote means used to
connect all other participants, so long as all participants (including the officer) can clearly hear and be
heard by all other participants. The parties are encouraged to engage in discovery through remote
means at every available opportunity.

        SO ORDERED.

Dated: July 16, 2021
        New York, New York

                                        ANALISA TORRES
                                        United States District Judge